B18 (Official Form 18) (12/07)

## United States Bankruptcy Court
## Central District Of California

21041 Burbank Blvd, Woodland Hills, CA 91367−6603

# **DISCHARGE OF DEBTOR**

**DEBTOR(S) INFORMATION*:**  
Veronica Nicole Rose

**BANKRUPTCY NO.**  
1:08−bk−13071−KT

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):** xxx−xx−6336

**CHAPTER** 7

**Employer Tax−Identification (EIN) No(s).(if any):** N/A

aka Veronica Nicole Martinez

**Address:**  
42854 21st Street West  
Lancaster, CA 93536

It appearing that the debtor is entitled to a discharge, IT IS ORDERED: The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

FOR THE COURT,

Dated: September 18, 2008

**Jon D. Ceretto**  
Clerk of the Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION**

_____

*Set forth all names, including trade names, used by the debtor(s) within the last 8 years. For joint debtors, set forth the last four digits of both social−security numbers or individual taxpayer−identification numbers.*

(Form rev. 12/07) VAN−30                                                                                       9/ DFM

B18 (Official Form 18) Cont. (12/07)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift savings Plan for federal employees for certain types of loads form these plans.

This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0973-1          User: dmolinaC             Page 1 of 1              Date Rcvd: Sep 18, 2008
Case: 08-13071                Form ID: b18               Total Served: 32

The following entities were served by first class mail on Sep 20, 2008.
 db          +Veronica Nicole Rose,   42854 21st Street West,   Lancaster, CA 93536-4623
 aty         +Barry E Borowitz,   Borowitz Lozano & Clark LLP,   100 N Barranca Ave Ste 250,
               West Covina, CA 91791-1613
 aty         +Michael E Clark,   Borowitz, Lozano & Clark,   100 N Barranca Ave Ste 250,
               West Covina, CA 91791-1613
 tr          +Nancy J Zamora,   444 S. Flower Street, Suite 1550,   Los Angeles, CA 90071-2916
 smg          Employment Development Dept.,   Bankruptcy Group MIC 92E,   P. O. Box 826880,
               Sacramento, CA 94280-0001
 smg          Los Angeles City Clerk,   P. O. Box 53200,   Los Angeles, CA  90053-0200
 smg          Ventura County Tax Collector,   Attn: Bankruptcy,   800 South Victoria Ave,
               Ventura, CA  93009-1290
 ust         +United States Trustee (SV),   21051 Warner Center Lane, Suite 115,
               Woodland Hills, CA 91367-6550
20232357    +ADT Security Services, Inc.,   P.O. Box 96175,   Las Vegas, NV 89193-6175
20232358    +AT&T Universal/Citibank,   Attention: Bankruptcy Department,   P.O. Box 20507,
               Kansas City, MO 64195-0507
20232359    +Countrywide Home Lending,   Attention: Bankruptcy Correpondence,   P.O. Box 5170,
               Simi Valley, CA 93062-5170
20232360    +Equifax,   5505 Peach Tree Dunwood,   Atlanta, GA 30342-1705
20232361    +Equifax - Credit Bureau,   P.O. Box 105069,   Atlanta, GA 30348-5069
20232362     Experian - Credit Bureau,   500-1 City Parkway West, Suite 150,   Orange, CA 92668
20232363    +Experian - Credit Bureau,   P.O. Box 949,   Allen, TX 75013-0949
20232365    +GEMB Lending,   P.O. Box 51826,   Los Angeles, CA 90051-6126
20232368    +Los Angeles County Tax Collector,   P.O. Box 54018,   Los Angeles, CA 90054-0018
20232369    +North Shore Agency, Inc.,   751 Summa Avenue,   Westbury, NY 11590-5010
20232370    +Ocwen Federal Bank,   Ocwen Loan Servicing,   12650 Ingenuity Drive,   Orlando, FL 32826-2703
20232371    +Ocwen Loan Servicing,   P.O. Box 785056,   Orlando, FL 32878-5056
20232372    +Ocwen Loan Servicing,   P.O. Box 6440,   Carol Stream, IL 60197-6440
20232374    +Penn Credit Corporation,   P.O. Box 988,   Harrisburg, PA 17108-0988
20232373    +Penn Credit Corporation,   916 South 14th Street,   Harrisburg, PA 17104-3425
20232375    +Time Warner Cable,   6695 Green Valley Circle,   Culver City, CA 90230-7024
20232376    +Trans Union - Credit Bureau,   P.O. Box 1000,   Crum Lynne, PA 19022-2001
20232377    +United States Trustee-Woodland Hill,   21051 Warner Center Lane,   Suite #115,
               Woodland Hills, CA 91367-6550
20232378    +Unvl/citi,   Citi Corp Credit Bankruptcy,   Po Box 20507,   Kansas City, MO 64195-0507
20232379    +Wildlife Explorer,   P.O. Box 26596,   Lehigh Valley, PA 18002-6596

The following entities were served by electronic transmission on Sep 19, 2008.
 tr          +EDI: QNJZAMORA.COM Sep 19 2008 03:53:00      Nancy J Zamora,   444 S. Flower Street, Suite 1550,
               Los Angeles, CA 90071-2916
 smg          EDI: CALTAX.COM Sep 19 2008 03:53:00      Franchise Tax Board,   ATTN: Bankruptcy,
               P. O. Box 2952,   Sacramento, CA  95812-2952
20232364     +E-mail/Text: gsamrick@firstcitycu.org                          First City Credit Union,
               717 West Temple Street,   Los Angeles, CA 90012-2665
20232366     +EDI: HFC.COM Sep 19 2008 03:53:00     HSBC,   Hsbc Card Srvs Attn: Bankruptcy,   Po Box 5213,
               Carol Stream, IL 60197-5213
20232367     +EDI: HFC.COM Sep 19 2008 03:53:00     HSBC Nv/GM Card,   Hsbc Card Srvs Attn: Bankruptcy,
               Po Box 5213,   Carol Stream, IL 60197-5213
                                                                                               TOTAL: 5

              ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Sep 20, 2008**                    **Signature:**    *Joseph Speetjens*